## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maria Rosario aka Maria Rosario Ortiz<br>          William Torres aka William Ortiz Torres<br>                              Debtors | CHAPTER 7 |
| Nationstar Mortgage LLC<br>                              Movant | NO. 16-12631 REF |
| vs. | |
| Maria Rosario aka Maria Rosario Ortiz<br>William Torres aka William Ortiz Torres<br>                              Debtors | 11 U.S.C. Section 362 and 1301 |
| David Alan Eisenberg Esq.<br>                              Trustee | |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 316 North 14th Street, Allentown, PA 18102 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: July 29, 2016**

_____

United States Bankruptcy Judge.