United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William Ortiz
Maria Rosario
    Debtors

Case No. 16-12631-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jul 29, 2016
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
db/jdb      William Ortiz,    Maria Rosario,    316 N 14th St,    Allentown, PA    18102-5610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2016 01:56:00     Orion,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL    33131-1605
                                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
         DAVID A. VAIDA    on behalf of Joint Debtor Maria  Rosario dvaida@vaidalaw.com
         DAVID A. VAIDA    on behalf of Debtor William  Ortiz dvaida@vaidalaw.com
         DAVID ALAN EISENBERG    trustee@eisenbergpc.com,  deisenberg@ecf.epiqsystems.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                 TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maria Rosario aka Maria Rosario Ortiz<br>William Torres aka William Ortiz Torres<br>                                            Debtors | CHAPTER 7 |
| Nationstar Mortgage LLC<br>                         Movant | NO. 16-12631 REF |
| vs. | |
| Maria Rosario aka Maria Rosario Ortiz<br>William Torres aka William Ortiz Torres<br>                                            Debtors | 11 U.S.C. Section 362 and 1301 |
| David Alan Eisenberg Esq.<br>                         Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 316 North 14th Street, Allentown, PA 18102 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: July 29, 2016**

United States Bankruptcy Judge.