Certificate Number: 03621-PAE-DE-027862981

Bankruptcy Case Number: 16-12631



03621-PAE-DE-027862981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2016</u>, at <u>10:11</u> o'clock <u>PM EDT</u>, <u>William Ortiz</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 5, 2016</u>                    By:     <u>/s/Michelove Thelemaque</u>

Name:   <u>Michelove Thelemaque</u>

Title:   <u>Credit Counselor</u>